IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Emily J. Thompson, individually and as Trustee of
Olive Branch Family Trust,
Plaintiff(s),

v.

RTO National LLC, Trace Dillon, et al.,
Defendant(s).

Civil Action No. _____

COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES,
AND DECLARATORY JUDGMENT

NOW COMES the Plaintiff, Emily J. Thompson, in her fiduciary capacity as Trustee of the Olive Branch Family Trust, and individually, bringing this civil action against RTO National LLC and Trace Dillon, and states as follows:

1. Jurisdiction is proper under 28 U.S.C. §1331 and §1343 as this matter involves federal questions and civil rights violations.

2. Plaintiff seeks emergency injunctive relief to stop any ongoing or future collection activities, repossession threats, or enforcement related to a debt which has been cancelled through properly filed fiduciary instruments, including IRS Forms 1099-A, 1099-C, and 1099-INT.

3. Defendants have acted in bad faith by submitting incomplete, improper, or legally deficient filings in the Orangeburg County Court of Common Pleas (Case No. 2025-CP-38-00791), including attempting to obtain a default judgment without valid service or summons.

4. The Olive Branch Family Trust is a perfected secured party with recorded UCC-1 and UCC-3 liens. Plaintiff has issued a Cease-and-Desist, filed affidavits, and submitted remedy packages that remain unaddressed.

5. Plaintiff seeks a permanent injunction and monetary damages in excess of $1,000,000, along with legal fees.

WHEREFORE, Plaintiff respectfully demands judgment in her favor and all relief deemed just and proper.

STATEMENT OF FACTS

1. Plaintiff OLIVE BRANCH FAMILY TRUST, via trustee Emily Jean Thompson, filed a Verified Complaint asserting multiple violations by Defendant RTO NATIONAL LLC.

2. Defendant was served and received formal written notice of the verified complaint, exhibits, cease and desist order, and perfected UCC-1 lien.

3. Despite receipt, Defendant has failed to respond within the legally mandated time frame.

4. Defendant continued to harass, threaten, and misrepresent legal authority to repossess trust-owned property.

5. Defendant unlawfully filed a state court action using previously filed trust evidence and documents without valid service or due process.

6. Defendant's conduct has caused financial and emotional harm to the trustee, her household, and the beneficiaries of the trust.

7. Plaintiff asserts federal jurisdiction under TILA and demands the protection of her rights and the enforcement of default remedy.

Signed under penalty of perjury this 29th day of July, 2025.

*Emily Jean Thompson*     *July 29 2025*

Emily Jean Thompson, Trustee

Olive Branch Family Trust